IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. _CO-10/R2391341_

UNITED STATES OF AMERICA,

     Plaintiff,

v.

_Canaan Vallejos_

     Defendant.

---

## ORDER TO PRODUCE DISCOVERY

---

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the request
of this Court, it is hereby **ORDERED** that the prosecution provide by _June 13, 2006_
full and complete discovery in this matter by producing the following items within its
possession, custody or control and which are material to the preparation of the defense
or are intended for use by the government as evidence in chief at trial:

    a.    The substance of any relevant oral statement made by the defendant
        before or after arrest, in response to interrogation by a person the
        defendant knew was a government agent.  Rule 16(1)(1)(A).

    b.    Any relevant written or recorded statement by the defendant.  Rule
        16(a)(1)(B)(i).

    c.    Any written record containing the substance of any relevant oral statement
        made before or after arrest if the defendant made the statement in
        response to interrogation by a person the defendant knew was a
        government agent.  Rule 16(a)(1)(B)(ii).

d.   Copies of the defendant's prior criminal record, the existence which is known, or by the exercise of due diligence may become known to the attorney for the government.   Rule 16(a)(1)(D).

e.   Copies or photographs of books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof.   Rule 16(a)(1)(E).

f.   Results or reports of physical or mental examinations and of scientific tests or experiments or copies thereof.   Rule 16(a)(1)(F).

g.   A written summary of testimonies the government intends to use under Rules 701, 702, 703, and 705 of the Federal Rules of Evidence.   This summary must describe the witnesses' opinions, the basis and the reasons for those opinions and the witnesses' qualifications.   Rule 16(1)(1)(G).

**Pursuant to the directions of United States Senior District Judge Daniel B. Sparr.**

DATED, this 7½ day of June , 2006.

BY THE COURT:

DANIEL B. SPARR
United States District Judge